# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-26-00642-CV

---

### In re Edwin Bautista

---

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

---

### M E M O R A N D U M   O P I N I O N

Relator's petition for writ of mandamus and emergency motion for temporary relief are denied. *See* Tex. R. App. P. 52.8(a).

_____

Gisela D. Triana, Justice

Before Justices Triana, Crump, and Ellis

Filed: July 15, 2026